FERNÁNDEZ, RECURRENTE, *v.* REGISTRADOR DE SAN JUAN, SECCIÓN PRIMERA, RECURRIDO.

Recurso gubernativo contra nota del Registrador de la Propiedad de San Juan, Sección Primera, denegando la inscripción de una escritura de compraventa.

No. 401.—Resuelto en marzo 28, 1919.

INSCRIPCIÓN DE TÍTULO—ASIENTOS CONTRADICTORIOS.—En la escritura de venta de una casa y solar se hacía constar que el vendedor la había construído con dinero de su propio peculio. Del registro aparecía que el vendedor había adquirido la propiedad unos nueve días antes de la fecha de dicha escritura y que se había denegado la inscripción de una escritura de edificación de una casa construída en el mismo solar en varias enajenaciones anteriores

de la misma propiedad. La escritura no contenía ninguna cláusula específica relativa a que la primitiva casa hubiera sido destruída y la nueva construída en los nueve días durante los cuales el vendedor poseyó la propiedad o que dicho vendedor hubiera construído la nueva casa en alguna otra fecha. *Se resolvió:* que el registrador estuvo justificado al negarse a verificár la inscripción de la casa pues ello daría lugar a una contradicción en el registro.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. José Martínez Dávila.*

El Registrador recurrido, Sr. Rafael Tirado Verrier, compareció por escrito en nombre propio.

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

Aparece del registro de la propiedad que cierta finca urbana fué inscrita a nombre de sucesivos compradores, pero que se había denegado la inscripción de una casa construída en la referida finca. En 14 de febrero de 1919 presentó el recurrente en el registro una escritura para su inscripción en la cual expresaba el vendedor que la casa enclavada en el solar pertenecía a dicho vendedor por haberla construído con dinero de su propio peculio pagando por ella la suma de trescientos dólares. Dicho vendedor había él mismo adquirido la expresada finca nueve días antes de haber hecho el traspaso de ella el recurrente. El registrador estuvo conforme con la alegación del recurrente de que ordinariamente esta manifestación consignada por el vendedor en una escritura sería bastante para que el título fuera inscrito a favor del comprador, pero alega que según el estado del registro queda en pie la duda de si la casa cuya inscripción se solicita ahora no es la misma cuya inscripción ha sido hasta la fecha invariablemente denegada. Sostiene el registrador que no parece posible que la casa que anteriormente existía en el solar haya sido destruída o que se haya construído una nueva en el corto espacio de nueve días en que dicho vendedor fué dueño de la finca. También es un hecho que ha sido admitido que tendría que verificarse la inscripción si hubiera una manifestación específica de que la casa fué construída dentro de los

nueve días y mientras el vendedor era dueño de la misma. No podemos estar conformes con la alegación del recurrente de que no existe absolutamente contradicción en el registro. Si la casa fué construída dentro de los nueve días debe ser cosa fácil para el recurrente acreditar ese extremo. No consta que el vendedor construyera la casa en alguna otra fecha. Existiendo contradicción en el registro con respecto a la casa, es de aplicación el caso de *Marcano* v. *El Registrador*, 20 D. P. R. 525, citado por el registrador, debiendo, por tanto, ser confirmada la nota recurrida.

> *Confirmada la nota recurrida.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro, Aldrey y Hutchison.